IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

-----------------------------------------------------------------------X

JOHN DOE,

      Plaintiff,

      v.

THE UNIVERSITY OF VERMONT AND STATE
AGRICULTURAL COLLEGE, THE BOARD OF
TRUSTEES OF THE UNIVERSITY OF
VERMONT AND STATE AGRICULTURAL COLLEGE,
E. THOMAS SULLIVAN, individually
and as agent for the University of Vermont and
State Agricultural College, NICK STANTON,
individually and as agent for The University of Vermont
and State Agricultural        College, LAURA B. LEE,
individually and as agent for The University Of
Vermont and State Agricultural College,
THOMAS MERCURIO, individually and as agent for The
University of Vermont and State Agricultural College
BRANDIN HOWARD, individually and as agent for
The University of Vermont and State Agricultural College
and MARY MCCLEMENTS, individually and as agent for
The University of Vermont and State Agricultural College,

      Defendants.

-----------------------------------------------------------------------X

Civil Action No. 2:17-cv-00230-WKS

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff John Doe, by and through his attorneys, Nesenoff & Miltenberg LLP, hereby dismisses all claims against all Defendants with prejudice. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 11, 2018

NESENOFF & MILTENBERG, LLP
Attorneys for Plaintiff

By: _____
Andrew T. Miltenberg, Esq.
(AM-7006)
363 Seventh Avenue, Fifth Floor
New York, New York 10001